UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH CONTE,

                      Plaintiff,                  22-CV-07502 (SN)

      -against-                         **ORDER**

LONG ISLAND RAILROAD COMPANY,

                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The parties are directed to file a letter updating the Court on the status of discovery and the parties' settlement efforts, if any, no later than January 23, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 17, 2023
                New York, New York