UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH CONTE,

                     **Plaintiff,**                                  **22-CV-07502 (SN)**

      -against-                                              **ORDER**

LONG ISLAND RAILROAD COMPANY,

                     **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the close of fact discovery on March 1, 2023, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

      In recognition of the parties' consent to my jurisdiction, they may, in the alternative, write the Court to request a referral to the Court's mediation program.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       February 24, 2023
                 New York, New York