```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH CONTE,

                        Plaintiff,

       -against-

LONG ISLAND RAILROAD COMPANY,

                        Defendant.

-----------------------------------------------------------------X

22-CV-07502 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is ORDERED that this action is dismissed with prejudice, provided, however, that within sixty days of this Order the action may be restored to the Court's calendar if the settlement is not consummated. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    December 19, 2023
                New York, New York